**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR 12-353-1-PHX-SRB |
| Plaintiff, | ) | |
| vs. | ) | |
| Jonathan Ben Christopher Brisco, | ) | **ORDER** |
| Defendant. | ) | |

A pretrial revocation hearing on the petition on violation of release conditions was held on February DATE.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by any conditions of release.

DATED this 21st day of February, 2012.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge